## Exhibit A to the First Amended Complaint

**Location:** Brooklyn, NY  
**Total Works Infringed:** 30  

**IP Address:** 24.228.200.32  
**ISP:** Optimum Online

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 4BFB996E7245FFDB008B505DBD0B185383EE9C78<br>File Hash: 9FA7B64A7275722F0FFE2F534CF6D9DFA0C8E5C3D02C70D20D48B6037F4A0EB8 | 04/08/2024 12:09:45 | TushyRaw | 04/02/2024 | 04/12/2024 | PA0002465217 |
| 2 | Info Hash: 912841C5633B66B1280330F30BC05965ACB621ED<br>File Hash: AFE53CB818AC9E79F089055E066D82429E6B86F8225144EEFF81CF5B34C36302 | 03/31/2024 09:52:55 | TushyRaw | 03/26/2024 | 04/12/2024 | PA0002465218 |
| 3 | Info Hash: 812BF9B1D194EE969EBF603B8DC9F81FD3AAD3B2<br>File Hash: 362DCDE34386F8BCF539FA8D4E6F73B215735E191C788DAC3DDC7F2E2A71C871 | 03/27/2024 11:08:10 | Tushy | 03/24/2024 | 04/12/2024 | PA0002465214 |
| 4 | Info Hash: AB28ABFDF0826EFCA0D0BDCCB9618831EB83A045<br>File Hash: 505265ED8476FE699DAA0AC2A3DDDA981DE782B2B51A5F78504F910717975886 | 03/20/2024 11:54:46 | TushyRaw | 03/19/2024 | 04/12/2024 | PA0002465215 |
| 5 | Info Hash: ACB75BE5591A279CDAAF8C9D756391CE170C809D<br>File Hash: 3322551557F0CFFBA0BF84CEA5AF47466EDE0CF2B7B2BCEDDAE0D52B55DD59BD | 03/18/2024 10:14:37 | Tushy | 03/17/2024 | 04/12/2024 | PA0002465212 |
| 6 | Info Hash: 1ED1691967611BE5EF32EC8F4F9AAC2BDE334999<br>File Hash: 5F46D7F538CE9AE03DE68E8EBA53CD60F48A4EE3984D8303CA2611E1B649401B | 03/18/2024 10:08:04 | TushyRaw | 03/12/2024 | 04/12/2024 | PA0002465213 |
| 7 | Info Hash: 24C894562720271CCDEC8C7166906BB55C2837C9<br>File Hash: 15B2942EA1597ED02D7B646414889D5AC17168AAF6BD7412ACB1AFC5C78846C6 | 03/18/2024 09:50:41 | Tushy | 12/27/2017 | 01/23/2018 | PA0002101754 |
| 8 | Info Hash: B2D673DB4DB2FE02E13948D817F002625C590F3E<br>File Hash: 50E8A5EA6AB012B286B8AD4056190F20D0D6CAF38B7C2C95923ACD0D32ECDFF1 | 03/18/2024 09:31:47 | Tushy | 03/10/2024 | 04/12/2024 | PA0002465216 |
| 9 | Info Hash: 304B00DACFDE72D4520AA05D45928B065CEC3C91<br>File Hash: 86CC519F161A51143998FFF1D7AAF6B713AF4FEE9A47422453356FBBF32EBD22 | 03/06/2024 10:54:25 | Tushy | 03/03/2024 | 03/12/2024 | PA0002459337 |
| 10 | Info Hash: DE9F13A2D901EF407B24B6DDFF3437FF3FE43BB7<br>File Hash: B93F8A7479E482B5564716930585DFB0D30404174FA1D49CBE66116D8DD57C34 | 03/03/2024 11:17:35 | Tushy | 02/25/2024 | 03/12/2024 | PA0002459336 |
| 11 | Info Hash: 8D994EBFE8153FB5183CD83C1B4A63C7D0636BF1<br>File Hash: 1DE8475A2EC9CF08489A9D94594F543D8799F32C9F9F8AB51E2B6BFD5AC9E831 | 02/19/2024 04:00:43 | Tushy | 02/18/2024 | 03/12/2024 | PA0002459335 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: B3FD5A9A49EB999477DD60AEA96E5B8A97845D16<br>File Hash: BF7795FFE6EDD30890BB70161B1089432E794FD6ADF9080C6F3B0E8611C7FA42 | 02/19/2024 03:51:54 | TushyRaw | 02/13/2024 | 03/12/2024 | PA0002459334 |
| 13 | Info Hash: BD6B08DCCF1F44673456877AB92AD4748DB974E3<br>File Hash: 7812610AE08941D192AAA2159AFFC47BAF12BDD65728F6FB91A9F35581051C6B | 02/13/2024 12:14:15 | Tushy | 02/11/2024 | 03/12/2024 | PA0002459333 |
| 14 | Info Hash: 277233BD7B58545CC563579D76D27146C6D77D9A<br>File Hash: CE68E151F549DBE7BC9D760247286AEC8283482ACD0F15A898DA65F270BD8154 | 02/11/2024 15:27:41 | TushyRaw | 02/06/2024 | 02/13/2024 | PA0002454773 |
| 15 | Info Hash: 012281DBEA1ADDB0B8BE8F0F5D4F24F51A713966<br>File Hash: F5AB74FEFEAC9D817281F1A35665D95EB1400AC5B87782AD4731070F2EB5B827 | 01/31/2024 21:58:04 | TushyRaw | 01/30/2024 | 02/13/2024 | PA0002454780 |
| 16 | Info Hash: 808D0DACC7E9FBB35EE771957354DFF788D34F47<br>File Hash: C1168F6A49577C2D26E15D18ED3F1EDE7096F3EAAD0B5A53F4CACE7672C77937 | 01/26/2024 23:37:24 | Tushy | 12/11/2022 | 01/10/2023 | PA0002389623 |
| 17 | Info Hash: 1D2D9B7F6168A9A27348B0727A1B61595C287E94<br>File Hash: D4071019BF3FA45590345D7DCE653EA2F6FAECD34C981F576FF45AEAD6019E36 | 01/26/2024 03:50:38 | Tushy | 01/21/2024 | 02/13/2024 | PA0002454783 |
| 18 | Info Hash: B596E7253378C3ADDC059731D97A7D14CEB2A3AA<br>File Hash: B77C95115EBB0FC0C3AF3FE1DEE6F9F0DDC3FDD7DAB0235058BE7D1776753458 | 01/26/2024 03:32:27 | TushyRaw | 01/23/2024 | 02/13/2024 | PA0002454782 |
| 19 | Info Hash: 0CF0239FEBFDEBFDFE03ABDE2B921229667CFF09<br>File Hash: 23D07458788E923EF9A983566D2FDB8D2EAC4D4D0E8C5544E32A0DAA9404FEBE | 01/20/2024 19:56:22 | Vixen | 01/19/2024 | 02/13/2024 | PA0002454774 |
| 20 | Info Hash: 7CFD317743E3A1E2C24223EB2171FEBEAD05F16E<br>File Hash: 2C05F4C54AFCBCD97030D9F2819D1D21AEA172DACD0B74678A8FC181D2FEB6DD | 01/16/2024 20:51:59 | Tushy | 07/23/2023 | 08/17/2023 | PA0002425533 |
| 21 | Info Hash: 192D90AA4CEF89439DAF59A2855B0CB547ECC2F5<br>File Hash: 2D1AAA2ED3B5798F4C25FB40DEAB4590EDDFCA3E3780D643C040087410513F78 | 01/16/2024 11:56:13 | Tushy | 01/14/2024 | 02/14/2024 | PA0002455009 |
| 22 | Info Hash: CBB079EE5A6F104B57A3594866686A026D1A3760<br>File Hash: 186FABA1014438220A8236BEC6CF5B4BF5AC52076BF4B99D715368B292C7D6E6 | 01/13/2024 14:22:39 | TushyRaw | 01/10/2024 | 02/13/2024 | PA0002454777 |
| 23 | Info Hash: 86EACEF33A470A47EEB133943FF04EB390F897A8<br>File Hash: D32F2B4068A7598B50A5DD4C795E35593F12ADD352FB752D4A20AE6A43828D9F | 01/09/2024 11:11:20 | Tushy | 01/07/2024 | 01/16/2024 | PA0002449442 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: EB56AC998E3A2C07591716CAA9FF549D1D5B1AD8<br>File Hash: 2BAF98085ED74B4C6261350CBE38A4062553CBD41A23138CC87234778BBA17A6 | 01/03/2024 02:06:15 | TushyRaw | 12/27/2023 | 01/16/2024 | PA0002449500 |
| 25 | Info Hash: A6498D332D6E74DE1FE34F835F21A7793678F5F3<br>File Hash: F1B1BE96C9BDF644D452077B3684D90DA6533BACE25323644975ADC0F2D30C29 | 01/01/2024 17:27:09 | Tushy | 12/31/2023 | 01/16/2024 | PA0002449508 |
| 26 | Info Hash: 0E3F0D32BB1209102CF9F8B2ED78EB097FE552B3<br>File Hash: 3C32BAE4BCC095F84C752AF021479C2E1E59430A9D982EC662931391CC202E55 | 12/27/2023 23:54:12 | Tushy | 12/10/2023 | 01/16/2024 | PA0002449506 |
| 27 | Info Hash: F445823EE2BB5E4BF4886EB8490DF47ACC438C4E<br>File Hash: 22227D1C627D8CA3F7FA22811CBBBA6684771E7EC3663464BE82D1F688B65A95 | 12/10/2023 12:29:44 | Tushy | 05/31/2018 | 07/14/2018 | PA0002131771 |
| 28 | Info Hash: BB3215E8561A88B67F8C6EE1280DB47FB848E8BE<br>File Hash: 27C094AC9621E2D7E85C275B3C1A8F0F8C0444389E8452F00C67CCF08102600F | 12/08/2023 12:01:52 | TushyRaw | 12/06/2023 | 12/13/2023 | PA0002445426 |
| 29 | Info Hash: 09F245A9CD6C04687D3ADD108A6C07E1F213CB37<br>File Hash: CB06A0BFDCA74F113593C93795285ED8CAD43068075810F7EC1182E7FC2646EF | 12/05/2023 02:59:51 | Tushy | 12/03/2023 | 12/13/2023 | PA0002445432 |
| 30 | Info Hash: 0D8A25293E63F2C973DE5ECEB945D7AB4FACA6A5<br>File Hash: 0B9058AA7DD3D8AEA6AAC593407E27CE1A74BA3EDB7F2FC757ACE73FBFA44707 | 12/02/2023 11:14:00 | TushyRaw | 11/29/2023 | 12/13/2023 | PA0002445424 |